680

orari to the Court of Appeals of the District of Columbia denied. *Mr. Joseph C. Fehr* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Stephens* for respondent.

No. 447. POTE *v.* FEDERAL RADIO COMM'N. October 23, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Joseph C. Fehr* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Stephens* for respondent.

No. 448. JACKSON ET AL. *v.* EL PASO ET AL. October 23, 1933. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. Thornton Hardy* for petitioners. No appearance for respondents.

No. 450. TRAVELERS INSURANCE CO. *v.* BANCROFT ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Randolph Shirk* and *Richard K. Bridges* for petitioner. *Mr. Roscoe C. Arrington* for respondents.

No. 493. PAUL KLOPSTOCK & Co., INC. *v.* UNITED FRUIT Co. See *ante*, p. 593.

No. 473. ROYAL INDEMNITY CO. ET AL. *v.* AMERICAN BOND & MORTGAGE CO., INC., ET AL. November 6, 1933. Petition for writ of certiorari to the Circuit Court of